NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-11

STATE OF LOUISIANA

VERSUS

KEGAN L. WELLS

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 123,595
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

CONVICTION AFFIRMED; SENTENCE
VACATED; AND REMANDED WITH
INSTRUCTIONS FOR RESENTENCING.

C. Jerome D'Aquila
Attorney At Law
P.O. Box 866
New Roads, LA 70760
(225) 638-9083
Counsel for Defendant/Appellant:
    Kegan L. Wells

Michael F. Kelly
First Assistant District Attorney
P. O. Box 528
Marksville, LA 71351
(318) 253-5815
Counsel for Appellee:
    State of Louisiana

**Charles A. Riddle, III**
**District Attorney**
**Twelfth Judicial District Court**
**P. O. Box 1200**
**Marksville, LA 71351-1200**
**(318) 253-6587**
**Counsel for Appellee:**
**State of Louisiana**